FILED

12/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0377

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA 20-0377

| | |
|---|---|
| MICHAEL HUMMERT,<br><br>        Plaintiff/Appellant,<br><br>And<br><br>JERRY CHRISTISON,<br><br>        Defendant/Appellee. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO APPELLANTS' OPENING BRIEF** |

Pursuant to Appellee's Unopposed Motion for Extension of Time to Respond to Appellants' Opening Brief and good cause shown,

IT IS HEREBY ORDERED that Appellee's Motion is GRANTED. Appellee's Brief will be due on or before January 15, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2020